Masazu ISONO, Appellant, v. UNITED STATES FIDELITY & GUARANTY COMPANY, a Corporation, Appellee.

Circuit Court of Appeals, Ninth Circuit.

May 2, 1932.

Culp & Culp, of Oakland, Cal., for appellant.

Ford & Johnson and F. A. Cutler, all of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon oral motion of counsel for appellant, it is ordered that the appeal in this cause be dismissed for failure of appellant to file record and docket cause; mandate forthwith.

Martha A. JAMISON and Margaret A. Jamison, Copartners, Doing Business as Jay Street Terminal, Appellee, v. The Steam Tug BOUKER NO. 7, her engines, etc., Bouker Contracting Company, Appellant.

No. 378.

Circuit Court of Appeals, Second Circuit.

May 2, 1932.

James A. Martin and Foley & Martin, of New York City, for appellant.

Courtland Palmer, of New York City, for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Robert KENNEDY, Appellant, v. UNITED STATES OF AMERICA.

No. 9182.

Circuit Court of Appeals, Eighth Circuit.

Nov. 16, 1931.

See, also, 45 F.(2d) 433.

William M. Nash, Chester L. Nichols, and W. C. Preus, all of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., and O. A. Blanchard, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Motion of appellant to remand case to District Court denied, and appeal dismissed on motion of appellee.

Wallace LANDRY, Appellant, v. UNITED STATES of America, Appellee.

No. 6360.

Circuit Court of Appeals, Fifth Circuit.

April 15, 1932.

Claude L. Johnson, of New Orleans, La., for appellant.

Edmond E. Talbot, U. S. Atty., John W. Harrell, Asst. U. S. Atty., F. Estopinal, and F. O. Chavez, U. S. Veterans' Administration, all of New Orleans, La., for the United States.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.